

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00630-CV

**IN THE INTEREST OF A.O.G. AND A.J.G., CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02451
Honorable Charles E. Montemayor, Judge Presiding

### O R D E R

On October 10, 2019, we granted the court reporter's request for additional time to file the record and ordered the record due by October 16, 2019. In that order, we reminded the court reporter that this is an accelerated appeal involving the termination of parental rights and this court may not grant more than 30 days *cumulatively* with regard requests for extensions of time to file the reporter's record. *See* TEX. R. APP. P. 28.4(b). On October 21, 2019, the court reporter filed a notification of late record, requesting an extension until October 25, 2019 to file the record. After consideration, we **GRANT** the court reporter's request and **ORDER** the court reporter to file the record **by October 25, 2019**. No further extensions of time will be considered absent extraordinary circumstances.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk